UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| INDIANA RIGHT TO LIFE, INC., ARLINE SPRAU, and MARY P. HALL, ) ) ) Plaintiffs, ) ) v. ) ) RANDALL T. SHEPARD, *et al*, ) ) ) Defendants. ) | Case No. 4:04-CV-0071AS |

**MEMORANDUM, ORDER AND OPINION**

On January 24, 2005, Plaintiffs filed an Amended Complaint against all Defendants. Defendants subsequently filed a Motion to Dismiss Plaintiffs' Amended Complaint with Prejudice.  On August 29, 2005, Plaintiffs filed a Motion for Summary Judgment.  On September 9, 2005, Defendants filed a Motion for Extension of Time to File Response/Reply to Plaintiff's Motion for Summary Judgment.

Pursuant to Fed. R. Civ. P. 12(b), the Defendants' Motion to Dismiss Plaintiffs' Amended Complaint will be treated as a motion for summary judgment and disposed of as provided by Fed. R. Civ. P. 56.  Therefore, in accordance with Rule 12(b), all parties shall be given a reasonable opportunity to present material made pertinent to such a motion by Rule 56. All materials in support of the respective motions for summary judgment shall be filed on or before December 31, 2005.  Any and all responses to those materials must be filed on or before April 3, 2006.

In light of the above, Defendants' Motion for Extension of Time (Docket No. 79) is **DENIED** as moot.

**SO ORDERED.**

**Date: September 16, 2005**                                         S/ ALLEN SHARP
                                                                                     **ALLEN SHARP, JUDGE**
                                                                                     **UNITED STATES DISTRICT COURT**