UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| INDIANA RIGHT TO LIFE, INC., ARLINE SPRAU, and MARY P. HALL | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 4:04-CV-0071AS |
| RANDALL T. SHEPARD, *et al*, | ) ) ) | |
| Defendants. | ) | |

**MEMORANDUM, ORDER AND OPINION**

On December 6, 2005, this Court entered a Notice setting a Hearing on the Defendants' Motion to Dismiss and Plaintiffs' Motion for Summary Judgment. That hearing was scheduled for January 20, 2006, at 11:30 a.m. in Lafayette, Indiana. On December 14, 2005, Defendants filed a motion to continue the portion of that hearing relating to summary judgment motions. On December 15, 2005, Plaintiffs filed a motion to continue that hearing until after their motion for summary judgment has been fully briefed. Plaintiffs also proposed a change in the briefing schedule for dispositive motions.

The Court agrees with the Plaintiffs that the hearing should not be bifurcated. However, the current briefing schedule shall remain effective. The deadline for dispositive motions remains December 31, 2005, and the deadline for responses to those motions remains April 3, 2006.

Therefore, Plaintiffs' motion to continue is **GRANTED** in part and **DENIED** in part. Defendants' motion to continue is **DENIED**. The hearing scheduled for January 20, 2006 is hereby **VACATED**. The court will set a hearing for arguments on all dispositive motions at a later date. **SO ORDERED.**

**Date: December 27, 2005**               S/ ALLEN SHARP
                                          **ALLEN SHARP, JUDGE**
                                          **UNITED STATES DISTRICT COURT**